# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

ALFONSO D. SHINE,            )
                             )
      Plaintiff,       )
                             )
v.                           )   Case No. CIV-18-307-SPS
                             )
COMMISSIONER, Social         )
Security Administration,     )
                             )
      Defendant.       )

## JUDGMENT

In accordance with the Opinion and Order [Docket No. 20] entered contemporaneously herewith, remanding this action to the Defendant under the fourth sentence of 42 U.S.C. § 405(g), the Court hereby renders judgment in favor of the Plaintiff and against the Defendant pursuant to Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED** this 5th day of March, 2020.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**